RECEIVED

MAY 13 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TERRELL EMIL MICKELS | DOCKET NO. 1:13-CV-2988; SEC. P |
| VERSUS | JUDGE STAGG |
| WARDEN, FCI POLLOCK | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Petitioner's §2241 application be and is hereby DENIED AND DISMISSED.

THUS DONE AND SIGNED, at Shreveport, Louisiana, on this 8th day of May, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA